IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUNE JOTUNBANE,
a/k/a JEFFREY FORTER,

       Plaintiff,

v.                                                         No. CV 06-809 WJ/RHS

ERMA SEDILLO, et al.,

       Defendants.

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

       THIS MATTER comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFD"), filed February 8, 2007 **[Doc. 11]** and Plaintiff's Motion for Default Judgement ("Motion"), filed December 13, 2006 **[Doc. 7]**.  No objections have been filed to the PFD.  Having reviewed the same, the Court will adopt the Magistrate Judge's proposed findings and deny Plaintiff's Motion.

       WHEREFORE,

       IT IS ORDERED that the Court adopts the proposed findings of the United States Magistrate Judge **[Doc. 11]**.

       IT IS FURTHER ORDERED that Plaintiff's Motion for Default Judgement **[Doc. 7]** is **denied**.

                                                  UNITED STATES DISTRICT JUDGE