IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUNE JOTUNBANE,
a/k/a JEFFREY FORTER,

      Plaintiff,

v.                                                             No. CV 06-809 WJ/RHS

ERMA SEDILLO, et al.,

      Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE''S FINDINGS AND
DENYING PLAINTIFF''S MOTION FOR SUMMARY JUDGMENT**

THIS MATTER comes before the Court on ""Plaintiff['']s] Motion for Summary Judgement and Memorandum of Law"" (""Motion for Summary Judgment""), filed January 19, 2007 **[Doc. No. 9]** and the proposed findings and recommendation of the United States Magistrate Judge (""Recommendation""), filed July 9, 2007 **[Doc. No. 15]**.  No objections have been filed to the Magistrate Judge''s Recommendation.  Having considered the same, the Court finds that the proposed findings of the Magistrate Judge will be adopted and Plaintiff''s Motion for Summary Judgment will be denied without prejudice.

WHEREFORE,

IT IS HEREBY ORDERED that the proposed findings of the United States Magistrate Judge **[Doc. No. 15]** are adopted by the Court.

IT IS FURTHER ORDERED that ""Plaintiff['']s] Motion for Summary Judgement and Memorandum of Law"" **[Doc. No. 9]** is **denied** without prejudice.

                                                                           UNITED STATES DISTRICT JUDGE